IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DODIE CORDOVA, in her individual
capacity and as legal guardian and
conservator for Manuel "Melito" Cordova, Jr.,
SHAWN FRANCIS, TYVON SWAIN,

      Plaintiffs,

v.                                                                                         CV 16-184 JCH/WPL

DAVID MELASS; QUICK FLIP, LLC;
CULLEN HALLMARK;
MEDRAY CARPENTER; and
STEPHEN VAN HORN,

      Defendants.

**ORDER**

    Plaintiff Dodie Cordova submitted "Plaintiffs' Response to Defendant Cullen Hallmark's Motion to Dismiss Pursuant To FRCP 12(b)(7)." (Doc. 39.) Cordova proceeds pro se and purports to have filed the Response "on behalf of the Plaintiffs." (*Id.* at 1.) Cordova does not appear to be an attorney. As such, Cordova can neither represent nor sign on behalf of the other pro se plaintiffs. 28 U.S.C. § 1654 ("non-attorney pro se litigants cannot represent other pro se parties"). The Response filed by Cordova is improper to the extent that it attempts to represent the interests of the other pro se parties. Within 14 days from the date of entry of this Order, the remaining pro se parties may file notices with the Court indicating that they join in Cordova's Response, or may file their own responses to Hallmark's motion to dismiss. All future filings by the Plaintiffs must be signed by every pro se plaintiff purportedly represented. Failure to comply with this requirement may result in filings being struck for being improper, for Rule 11 sanctions

on the basis of practicing law without a license, or other sanction appropriate under the circumstances.

_____
William P. Lynch
United States Magistrate Judge